IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81171-CIV-MARRA/MATTHEWMAN

HERBERT POTISH, as
Personal Representative of the
Estate of LENA POTISH, deceased,

    Plaintiff,

v.

R.J. REYNOLDS TOBACCO COMPANY,
Individually and as successor by
Merger to Brown and Williamson
Tobacco Corporation, a North Carolina
Corporation,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Willie E. Gary (Florida Bar No. 187843) and Charles L. Scott, Jr. (Florida Bar No. 123168) hereby give notice of their appearances in this case as additional counsel for Plaintiff, HERBERT POTISH, as Personal Representative of the Estate of LENA POTISH, deceased, and request service of all notices, pleadings, and other papers in this case as required by the Federal Rules of Procedure or by Order of this Court. The undersigned hereby certifies that Willie E. Gary and Charles L. Scott, Jr. are admitted to practice in the United States District Court for the Southern District of Florida.

Dated:  August 29, 2017

        Respectfully submitted,

        **GARY, WILLIAMS, PARENTI,**
        **WATSON & GARY, P.L.L.C.**
        221 S.E. Osceola Street
        Stuart, FL  34994
        Telephone:     (772) 283-8260
        Facsimile:      (772) 220-3343

        /s/ *Charles L. Scott, Jr.*
Willie E. Gary, Esq.
Florida Bar No.: 187843
Charles L. Scott, Jr., Esq.
Florida Bar No. 123168
tobacco.efile@williegary.com
weg@williegary.com
cscott@williegary.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2017, I electronically filed the foregoing document with the Clerk of the Court utilizing CM/ECF, which will deliver the document to all counsel of record.

                                         */s/ Charles L. Scott, Jr.*
                                         **Attorney for Plaintiff**