IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81171-CIV-MARRA/MATTHEWMAN

HERBERT POTISH, as
Personal Representative of the
Estate of LENA POTISH, deceased,

    Plaintiff,

v.

R.J. REYNOLDS TOBACCO COMPANY,
Individually and as successor by
Merger to Brown & Williamson
Tobacco Corporation, a North Carolina
Corporation,

    Defendants,
_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT R.J. REYNOLDS TOBACCO COMPANY'S MOTION
TO PRECLUDE LOUIS KYRIAKOUDES, PH.D., FROM TESTIFYING
ON MATTERS RELATED TO THE SCIENCE OF CIGARETTE DESIGN [D.E. 49]**

Plaintiff Herbert Potish, as Personal Representative of the Estate of Lena Potish, deceased, respectfully submits his Response to Defendant's Motion to Preclude Louis Kyriakoudes, Ph.D. from Testifying on Matters Related to the science of cigarette design and states:

The rational underpinning the Defendant's Motion is not readily apparent.  Defendant seeks to preclude Dr. Kyriakoudes from "offering any opinions about the relative benefits or disadvantages of any particular design feature, including (1) its effects on the risk to human health or smoking behavior, (2) whether it made the cigarettes that incorporated it 'defective,' (3) whether it caused any injury to Mrs. Potish, and (4) whether feasible, alternative designs were available during Mrs. Potish's lifetime that would have made her cigarettes safer." [D.E. 49 at 2].  Neither Plaintiff in his Amended Expert Disclosures nor Dr. Kyriakoudes in his July 25, 2017 expert report

has indicated that Dr. Kyriakoudes intended to testify about any such subject.  In the Expert Disclosures, Plaintiff stated that Dr. Kyriakoudes would testify:

> on the general subject matter of the history of cigarettes and the cigarette industry in American life. This subject area generally includes the history of tobacco cultivation, curing, and production; the history of cigarette design and production; the history of cigarette consumption; public knowledge and perception over time of the health dangers of cigarette smoking; industry knowledge of the dangers of cigarette smoking; history of cigarette marketing, advertising and disinformation and their impact over historical time on public perception of cigarettes and smoking; cigarette smoking as a cultural phenomenon, including social smoking patterns, "common knowledge" and uncertainty regarding smoking hazards, including addiction, and the cigarette industry's role in creating, fostering, and maintaining same; public perceptions of and industry promotion activities relevant to all foregoing subject areas; and documents relating to all foregoing subject areas.
>
> Dr. Kyriakoudes also may be called to discuss the historical issues discussed above as they relate and apply to plaintiff-specific situations in historical time and locales.

[D.E. 31 at 1-2].  Similarly, in his 14 point Summary of Opinions, Dr. Kyriakoudes does not refer to the "science" of cigarette design.  [D.E. 31-1 at 4-7].

There being no need for the relief that Defendant seeks, Plaintiff respectfully requests that Defendant's Motion be denied.

Dated: January 22, 2018 　　　　　　　　　Respectfully submitted,

              **GARY, WILLIAMS, PARENTI,**
              **WATSON & GARY, P.L.L.C.**
              221 S.E. Osceola Street
              Stuart, FL  34994
              (772) 283-8260 – Telephone
              (772) 220-3343 – Facsimile

         By: */s/ Charles L. Scott, Jr.*
           Willie E. Gary
           Florida Bar No.: 187843
           Charles L. Scott, Jr.
           Florida Bar No.: 123168
           weg@williegary.com
           cscott@williegary.com
           tobacco.efile@williegary.com

           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on January 22, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

              */s/ Charles L. Scott, Jr.*
              **Attorney for Plaintiff**