IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81171-CIV-MARRA/MATTHEWMAN

HERBERT POTISH, as
Personal Representative of the
Estate of  LENA POTISH deceased,

    Plaintiff,

v.

R.J. REYNOLDS TOBACCO COMPANY,
Individually and as successor by
Merger to Brown & Williamson
Tobacco Corporation, a North Carolina
Corporation,

    Defendants,
_____/

### DEFENDANT R.J. REYNOLDS TOBACCO COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR FORTY-EIGHT HOURS ADVANCE NOTICE OF WITNESSES AND EXHIBITS PRIOR TO PRESENTATION AT TRIAL

Defendant R.J. Reynolds Tobacco Company ("Reynolds") hereby files its Reply in Support of its Motion for Forty-Eight Hours Advance Notice of Witnesses and Exhibits Prior to Presentation at Trial, and in support thereof states the following:

1. On December 15, 2017, Reynolds filed its substantive pretrial motions, including its Motion for Forty-Eight Hours Advance Notice of Witnesses and Exhibits Prior to Presentation at Trial. [D.E. 48].

2. On January 13, 2018, Plaintiff filed an Unopposed Motion for Extension of Time to Respond to Defendant's Substantive Pretrial Motions.  [D.E. 56].  In Plaintiff's Motion, Plaintiff stated that he "does not oppose" Reynolds's Motion for Forty-Eight Hours Advance Notice of Witnesses and Exhibits Prior to Presentation at Trial.  *Id.* at ¶ 5.

WHEREFORE, Defendant R.J. Reynolds Tobacco Company respectfully requests that the Court grant its unopposed Motion for Forty-Eight Hours Advance Notice of Witnesses and Exhibits Prior to Presentation at Trial for the reasons set forth in Reynolds's Motion and Reply.

Respectfully submitted,

*/s/ Spencer M. Diamond*
W. Randall Bassett
Florida Bar No. 38813
rbassett@kslaw.com
Spencer M. Diamond
Florida Bar No. 91009
sdiamond@kslaw.com
KING & SPALDING
1180 Peachtree St. NE
Atlanta, GA 30309-3531
Telephone: 404-572-4600

and

Stephen J. Krigbaum
Florida Bar No.: 978019
skrigbaum@carltonfields.com
Garth T. Yearick
Florida Bar No.: 0096105
gyearick@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
Telephone: (561) 659-7070

***Attorneys for R.J. Reynolds Tobacco Company***

CASE NO. 15-81171-CIV-MARRA/MATTHEWMAN

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Spencer M. Diamond*
Spencer M. Diamond
*Attorney for R.J. Reynolds Tobacco Company*