FILED by _____ D.C.

MAY 21 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

HERBERT POTISH, etc.,

        Plaintiff,

vs.

CASE NO. 15-CV-81171-MARRA

Magistrate: Matthewman

R.J. REYNOLDS TOBACCO COMPANY, etc.,

        Defendant.
_____/

Pursuant to notice, a mediation conference in the above-styled action was held before the undersigned Mediator on May 15, 2018. All parties in interest were present either in person or by telephone. The parties reached a settlement of all issues among them.

This Report is dated and the original filed with the Clerk and copies served upon those listed on this 15th day of May, 2018.

        W. JAY HUNSTON, JR., ESQ.
        FL. CERT. CIRCUIT CIVIL MEDIATOR
        P. O. Box 508
        Stuart, FL 34995
        (772) 223-5503
        Fax: (772) 223-4092

        _____
        W. Jay Hunston, Jr., Esq.
        Fla. Bar No.: 0274879

Copies furnished to:

W. Randall Bassett, Esq.
Spencer Diamond, Esq.
King & Spalding
1180 Peachtree St. NE
Atlanta, GA 30309-3531
Email: rbassett@kslaw.com
sdiamond@kslaw.com

Stephen J. Krigbaum, Esq.
Garth T. Yearick, Esq.
Carlton Fields Jorden Burt, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401
Email: skrigbaum@carltonfields.com
gyearick@carltonfields.com

Willie Edward Gary, Esq.
Charles L. Scott, Jr., Esq.
Gary Williams Lewis, et al.
221 E. Osceola St.
Stuart, FL 34994
Email: weg@williegary.com
cscott@williegary.com

Drew T. Bell, Esq.
King & Spalding
1700 Pennsylvania Ave., NW, Suite 200
Washington, D.C. 20006-4707
Email: dbell@kslaw.com

**W. JAY HUNSTON, JR., P.A.**
P.O. BOX 508
STUART, FL 34995

MAY 19 2018
12:16 PM

USMS
INSPECTED     RECEIVED

WEST PALM BCH FL 334
16 MAY 2018 PM 1 L

33128-771699

Clerk of Court
U. S. Dist. Ct., So. Dist., Fla.
400 N. Miami Ave., 8th Floor
Miami, FL 33128-1805